

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 20, 2020**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| EVENTIDE CREDIT ACQUISITIONS, LLC, | |
| Debtor. | Case No. 20-40349-elm11 |
| EVENTIDE CREDIT ACQUISITIONS, LLC, | |
| Plaintiff, | Adv. Proc. No. 20-04008-elm |
| BIG PICTURE LOANS, LLC, *et al.*, | |
| Defendants. | |

### AGREED ORDER GRANTING OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION TO INTERVENE IN ADVERSARY PROCEEDING

Upon the *Motion to Intervene in Adversary Proceeding* [Adv. Pro. D.N. 9] (the "**Motion to Intervene**")[1] filed by the Official Committee of Unsecured Creditors (the "**Committee**") and the Court having found that notice of the Motion to Intervene, as indicated in the certificate of service annexed thereto, was appropriate under the circumstances and no other or further notice need be provided; and the Court having reviewed and considered the Motion to Intervene and the brief submitted in support thereof; and the Debtor having consented to the relief requested in the Motion to Intervene, and the Court finding that just and sufficient cause exists to grant the consented to relief provided for herein,

**IT IS HEREBY:**

**ORDERED** that the Motion to Intervene is hereby **GRANTED**, and the Committee is hereby authorized to intervene in the above-captioned Adversary Proceeding; and it is further

**ORDERED** that the Committee shall not be required to file anything further to effect its intervention; and it is further

**ORDERED** that the Committee shall be permitted to file pleadings and submit briefing on all issues pertaining to the Adversary Proceeding; and it is further

**ORDERED** that the Committee shall be permitted to attend all depositions relating to the Adversary Proceeding; and it is further

**ORDERED** that the Committee shall be permitted to fully participate and present legal arguments in all court hearings relating to the Adversary Proceeding; and it is further

### End of Order###

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion to Intervene or the accompanying memorandum in support thereof.

**AGREED:**

| **COLE SCHOTZ P.C.** | **FORSHEY PROSTOK, LLP** |
|---|---|
| By: */s/ Irving E. Walker*_____ <br> Michael D. Warner (TX Bar No. 00792304) <br> Benjamin L. Wallen (TX Bar No. 24102623) <br> 301 Commerce Street, Suite 1700 <br> Fort Worth, Texas 76102 <br> Tel: 817-810-5250 <br> Fax: 817-810-5255 <br> mwarner@coleschotz.com <br> bwallen@coleschotz.com <br><br> Gary H. Leibowitz (Admitted *pro hac vice*) <br> Irving E. Walker (Admitted *pro hac vice*) <br> **COLE SCHOTZ P.C.** <br> 300 E. Lombard Street, Suite 1450 <br> Baltimore, MD 21202 <br> Tel: 410-230-0660 <br> Fax: 410-230-0667 <br> gleibowitz@coleschotz.com <br> iwalker@coleschotz.com <br><br> *Proposed Counsel for the Official Committee of Unsecured Creditors* | By: */s/ Bernard R. Given II*_____ <br> Jeff Prostok (TX Bar No. 16352500) <br> Lynda Lanford (TX Bar No. 11935020) <br> 777 Main Street, Suite 1290 <br> Fort Worth, TX 76102 <br> Tel: (817) 887-8855 <br> Fax: (817) 977-5273 <br> jprostok@forsheyprostok.com <br> llankford@forsheyprostok.com <br><br> and <br><br> **LOEB & LOEB LLP** <br> Bernard R. Given II <br> (TX State Bar No. 07990180) <br> 10100 Santa Monica Blvd., Suite 2200 <br> Los Angeles, CA 90067 <br> Tel: (310) 282-2000 <br> Fax: (310) 282-2200 <br> bgiven@loeb.com <br><br> *Proposed Counsel to the Debtor and Debtor-in Possession* |