

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

_____

**United States Bankruptcy Judge**

**Signed April 1, 2020**

_____

BTXN 104b/105b (rev. 09/11)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Eventide Credit Acquisitions, LLC | § | |
| | § | Case No.:    20−40349−elm11 |
| Debtor(s) | § | Chapter No.:   11 |
| | § | |
| Eventide Credit Acquisitions, LLC | § | |
| Plaintiff(s) | § | Adversary No.:   20−04008−elm |
| vs. | § | |
| Big Picture Loans, LLC  et al. | § | |
| | § | |
| Defendant(s) | § | |

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having considered the Application for Admission *Pro Hac Vice* of **Leonard A. Bennett**, to represent Renee Galloway, Dominique De La Bay and Andrea Scarborough, related to document 64, **ORDERS** this application be:

☑ *Granted* – The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non−Appropriated Fund.

☐ *Denied* – The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #