

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 9, 2020**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 20-40349-ELM |
| EVENTIDE CREDIT ACQUISITIONS, LLC, | § | |
| | § | Chapter 11 |
| Debtor. | § | |
| | § | |
| EVENTIDE CREDIT ACQUISITIONS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Adversary No. 20-04008 |
| | § | |
| BIG PICTURE LOANS, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING TRIBAL DEFENDANTS'**
**MOTION FOR DISMISSAL OF CLAIMS**

CAME ON FOR HEARING on April 1, 2020, the *Specially-Appearing Tribal Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction* [Docket No. 17] (the "**Motion**") filed by Defendants Big Picture Loans, LLC and Ascension Technologies, LLC (collectively, the "**Tribal Defendants**"). Based upon the Court's findings and conclusions stated on the record at

the continued April 6, 2020 hearing,[1] which are incorporated herein by reference, the Motion will be granted.  Accordingly, it is hereby:

**ORDERED** that the Motion be and is hereby GRANTED; it is further

**ORDERED** that all claims and causes of action asserted by Plaintiff Eventide Credit Acquisitions, LLC against either or both of the Tribal Defendants herein be and are hereby DISMISSED WITHOUT PREJUDICE for want of jurisdiction based upon tribal sovereign immunity; and it is hereby further

**ORDERED** that, as a result of the foregoing, the Tribal Defendants be and are hereby dismissed as parties to this adversary proceeding.

### END OF ORDER ###

---

[1] *See* Docket No. 80 (transcript of 4/6/2020 hearing).